UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-CR-20415-GAYLES/SHAW-WILDER (SEALED)

UNITED STATES OF AMERICA,

Plaintiff,

V.

Mael Chemla

Defendant,
_______________________________/

## ORDER

**THIS CAUSE** came before the Court pursuant to the arrest of the above-named defendant. Being fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that this case is unsealed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 2nd day of November, 2026.

**ENJOLIQUE LETT**
**UNITED STATES MAGISTRATE JUDGE**