UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-20415

UNITED STATES OF AMERICA,
Plaintiff,

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

v.

Mael Chemla

Defendant.
_______________________/

COMES NOW Carlos Fleites, Esq. and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Carlos Fleites

Counsel's Signature: [signature]

Address (include City/State/Zip Code): 1800 SW 27 Ave. Suite 500
Miami, FL 33145

Telephone: (305) 672-8431 Florida Bar Number: 370850

Date: 11/2/26