# COURT MINUTES

## Magistrate Judge Enjolique Lett

Atkins Building Courthouse - 10th Floor    Date: 11/02/2026 Time: 1:30 PM

Defendant: Mael Chemla    J#: 55465-506    Case #: 25-CR-20415-GAYLES/SHAW-WILDER

AUSA: Lindsay Multasch    Attorney: Carlos Fleites (TEMP)

Violation: Conspiracy to Commit Wire and Mail Fraud    Surr/Arrest Date: 10/30/2026    YOB: 1965

Proceeding: Initial Appearance    CJA Appt: ______

Bond/PTD Held: ○ Yes ○ No    Recommended Bond: TEMP-PTD

Bond Set at: $ ______    Co-signed by: ______

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______x's a week/month by phone: ______x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: English

Disposition:

Attorney Carlos Fleites filed Temporary appearance in open court. Government's Ore Tenus motion to Unseal case- GRANTED. Defendant advised of charges and rights. Government seeks PTD due to risk of flight. Ore Tenus motion for Pretrial Detention Hearing – GRANTED.

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel**: | 11/4/26 | 10AM | MIAMI DUTY | MIAMI |
| **PTD**/Bond Hearing: | 11/4/26 | 10AM | MIAMI DUTY | MIAMI |
| Prelim/**Arraign** or Removal: | 11/4/26 | 10AM | MIAMI DUTY | MIAMI |
| Status Conference RE: | | | | |

D.A.R. 14:41:50    Time in Court: 6 MINS

s/Enjolique Lett    Magistrate Judge