**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-CR-20415-GAYLES**

**UNITED STATES OF AMERICA**

**v.**

**MAEL CHEMLA AND**
**JEAN-MARIE DELATTRE,**

**Defendants.**
_______________________________________/

**NOTICE OF APPEARANCE**

COMES NOW the United States of America, by and through the undersigned Trial Attorney, and respectfully requests that the Clerk of Court enter the appearance of Trial Attorney Ann Entwistle as co-counsel on behalf of the United States.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

s/Ann Entwistle
ANN ENTWISTLE
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION
Court ID Number A5502557
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 532-5687
E-mail: ann.f.entwistle@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 3, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

s/Ann Entwistle
ANN ENTWISTLE
Trial Attorney
Criminal Division
U.S. Department of Justice