# COURT MINUTES

## Magistrate Judge Enjolique Lett

Atkins Building Courthouse - 10th Floor

Date: 11/04/2026 Time: 10:00 AM

Defendant: Mael Chemla J#: 55465-506 Case #: 25-CR-20415-MARTINEZ

AUSA: Ann Entwistle Attorney: Carlos Fleitas (TEMP)

Violation: Conspiracy to Commit Mail and Wire Fraud

Proceeding: Report Re: Counsel/Arraignment/Detention Hrg. CJA Appt:

Bond/PTD Held: ☒ Yes ☐ No Recommended Bond: Temp Ptd

Bond Set at: $ Co-signed by:

Language: English

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Disposition:

Defendant's motion to continue RRC/ARR – GRANTED. Government seeks PTD due to Risk of flight. Detention Hearing held. US Postal Inspector Nicole Rodriguez present and sworn. Court continues Detention hearing to 11/13/26 -10AM

Time from today to __**11/16/26**______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel**: | 11/16/26 | 1PM | MIAMI DUTY | MIAMI |
| **PTD**/Bond Hearing: | 11/13/26 | 10AM | JUDGE LETT | MIAMI |
| Prelim/**Arraign** or Removal: | 11/16/26 | 1PM | MIAMI DUTY | MIAMI |
| Status Conference RE: | | | | |

D.A.R. 11:16:16 Time in Court: 30MINS